MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMILIA D. WELLS,

    Plaintiff,

v.                            Case No. 3:23-cv-74-HES-MCR

EXPERIAN INFORMATION
SOLUTIONS, INC. and
VYSTAR CU
        Defendants.

_____/

## ORDER

THIS CAUSE comes before this Court *sua sponte*. This Court entered an Order to Show Cause for failure to prosecute (Dkt. 10). Plaintiff has not responded.

Accordingly, it is hereby **ORDERED**:

1.    Plaintiff's Complaint (Dkt. 1) is dismissed without prejudice; and

2.    The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this 1st day of September ~~August~~ 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Jamilia D. Wells, *pro se*